# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                    Case No. 14-23714-RAM
                                                          Chapter 13

ERIC D. READON,
SSN: xxx-xx-4801

               Debtor.

_____/

## DEBTOR'S *EX-PARTE* MOTION FOR ENLARGEMENT OF TIME TO FILE INFORMATION REQUIRED UNDER § 521, SCHEDULES, STATEMENTS, AND CHAPTER 13 PLAN

Debtor, ERIC D. READON, pursuant to Fed.R.Bankr.P. 1007(c) and 9006(b) and Local Rule 1007-1(C), moves the Court *ex-parte* for entry of an order granting an enlargement of time through and including July 30, 2014, twenty-eight days, within which to file information required under 11 U.S.C. § 521, schedules, statements, lists, payment advices and a chapter 13 plan, and would show:

1. The Debtor filed this case on June 16, 2014.

2. The schedules, statements, lists, chapter 13 plan and all other applicable requirements under § 521 were due on June 30, 2014.

3. The Debtor previously filed the certificate of completion of pre-petition credit counseling pursuant §§ 109(h)(1) and 521(b)(1).

4. The meeting of creditors has not been set by the clerk.

5. The Debtor is self employed as a minister and receives income through donations to his church. Due to variations in his weekly income he needs some additional time to calculate recent income to present his financial position to the Court, the Trustee and creditors.

6. The Debtor has not previously sought an enlargement of time herein.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant this motion and provide such other and further relief thereto as deemed just and equitable.

<u>Certificate of Admission</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: July 2, 2014

/s/ *Peter Spindel*

PETER SPINDEL
Florida Bar No. 816183
Attorney for Debtor
Peter Spindel, Esq., PA
P.O. Box 166245
Miami, Florida 33116-6245
Telephone: (305) 279-2126
Facsimile:   (305) 279-2127
email: peterspindel@gmail.com

3671.1401
\readon1.mot