**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN**

In re:                                                                                      Case No. 14-23714-RAM

ERIC D. READON,
SSN: xxx-xx-4801

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 1532 —       for months  1    to  59   ;
- B.  $ 95017.60    for months  60  to  60   ;
- C.  $ _____     for months ___ to ___ ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 7000 —    Total Paid $ 500 —
                  Balance Due   $ 6500 —    Payable  $ 158.54 /month (Months  1  to 41 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
   Account No. _____

   Arrearage on Petition Date       $_____
   Arrears Payment       $_____/month  (Months _____ to _____)
   Arrears Payment       $_____/month  (Months _____ to _____)
   Regular Payment       $_____/month  (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank Of NY-Mellon/Bank of America POB 5170 Simi Valley, CA 93062-5170 | $114,314 principal + interest@4.75%APR/180 mts. = $889.17+$147.92 tax escrow+$183.84 insurance escrow = $1,220.43/mt. with payoff balloon of $85,357.27 in month #60 of plan; Residence located at 8885 SW 128 St., Miami, FL 33176-5915; Bank Loan No. 153882559; Value of Collateral = $114,314 | 4.75 % | $1220.43  $85357.27  $_____ | 1 to 59  60 to 60  ___ to ___ | $72005.37  $85357.27  $_____ |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____

        Total Due       $_____
Payable      $_____/month (Months___ to ___)
Payable      $_____/month (Months___ to ___)

2. _____

        Total Due       $_____
Payable      $_____/month (Months___ to ___)
Payable      $_____/month (Months___ to ___)

Unsecured Creditors:  Pay $ 0.03 /month (Months  1  to 41 ), $ 158.57 /month (Months 42 to 60 ) and $_____ /month (Months ___ to ___). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Date: 7/30/14
/s/ Peter Spindel, Peter Spindel, Florida Bar No. 816183, Attorney for Debtor                    3671.1401/readon1.pla

LF-31 (rev. 01/08/10)